JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MOSQUEDA,<br><br>Plaintiff,<br><br>v.<br><br>SEGDWICK CLAIMS MANAGEMENT SERVICES, INC.; and AT&T SERVICES, INC.,<br><br>Defendants. | Case No. 2:21-cv-04811-SB-AS<br><br>**FINAL JUDGMENT** |

For the reasons set forth in the Court's separate Order On ERISA Bench Trial, Dkt. No. 51, it is:

ORDERED AND ADJUDGED that Defendants Sedgwick Claims Management Services, Inc. (Sedgwick) and AT&T Services, Inc. (AT&T) abused their discretion in concluding that Plaintiff Lisa Mosqueda was not disabled for the period of January 1, 2020 through April 30, 2020.  It is further

ORDERED AND ADJUDGED that Defendants did not abuse their discretion in concluding that Plaintiff was not disabled for the remainder of the time period at issue— September 17, 2019 through December 31, 2019 and May 1, 2020 through June 15, 2020.  It is further

ORDERED AND ADJUDGED that Defendants shall pay Plaintiff short-term

disability benefits only for the period of January 1, 2020 through April 30, 2020.

This is a Final Judgment.

Dated: May 5, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge